

**SIGNED THIS 2nd day of June, 2025**

/s/ Rebecca B. Connelly
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: Donald Lee Rockwell, Jr. | CHAPTER 13 |
| | CASE NO. 25-50273 |

### ORDER ON MOTION TO SUBSTITUTE COUNSEL

Upon the filing of a motion to substitute counsel, by Debtor(s), and it appearing to the Court that it is proper to allow a substitution of counsel, it is therefore

**O R D E R E D**

That the Debtor' request for a substitution of counsel is approved and Stephen E. Dunn, PLLC is appointed as Counsel. Any approved attorney fees in this case will be payable to Stephen E. Dunn, PLLC.

Copies of this order are directed to be forwarded to Counsel for the Debtor and the Chapter 13 Trustee.

**END OF ORDER**

I ask for this:

/s/ Stephen E. Dunn, Esq.
Counsel for Debtor
Stephen E. Dunn, Esq., VSB No. 26355
B. James Palmer, Esq., VSB No. 45729
Michelle J. Dunn, Esq., VSB No. 90687
Stephen E. Dunn, PLLC
201 Enterprise Dr., Suite A
Forest, Va. 24551
Phone: 434-385-4850
Email: stephen@stephendunn-pllc.com
   michelle@stphendunn-pllc.com

/s/ William Harville, Esq.
Counsel for Debtor
William Harville, Esq., VSB#19802
The Law Office of William Harville
PO Box 460
Urbanna, VA 23175
voice: 434-483-5700
fax: 434-448-0800
email: william@vabklaw.com

Seen:

/s/ Angela M. Scolforo
Angela M. Scolforo, Chapter 13 Trustee
VSB # 42574
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: ascolforo@cvillech13.net